■ GAR-ZIM PRODUCTS, INC., Respondent, v. HARRY W. ROBERTS, Doing Business as ROBERTS DIE CASTING CO., et al., Appellants.— Appeal from an order denying a motion to vacate a warrant of attachment which had been granted under subdivision 6 of section 903 of the Civil Practice Act. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ BRENDA D. MEYER, Appellant, v. ALMA LEVENE, Respondent.— Appeal from an order denying appellant's motion to consolidate an action to recover damages for injuries to person and property and for medical expenses and loss of services, pending in the District Court, Nassau County, with an action to recover damages for personal injuries, pending in the Supreme Court, Nassau County. Order affirmed, with $10 costs and disbursements. No opinion. Wenzel, Acting P. J., Beldock, Murphy, Hallinan and Kleinfeld, JJ., concur.

■ DORIS J. MILLER, Respondent, v. HAROLD G. MILLER, Appellant.— In an action to recover arrears alleged to be due under a separation agreement, the appeal is from a judgment entered on an order granting respondent's motion for summary judgment striking out the answer. Judgment unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Nolan, P. J., Beldock, Ughetta, Hallinan and Kleinfeld, JJ. [See *post*, p. 959.]

■ CATHERINE OWEN, Respondent, v. WILLIAM OWEN, Appellant.— In an action for separation the appeals are (1) from an order denying appellant's motion to open his default at the trial before an Official Referee or in the alternative to reduce the alimony from $40 to $20 weekly and (2) from an order adjudging appellant in contempt for failure to pay arrears of temporary alimony and fining him $292.50. Orders affirmed, without costs. No opinion. Nolan, P. J., Murphy, Ughetta, Hallinan and Kleinfeld, JJ., concur.